PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jose Ferrandez            Cr.: 2:08CR515-2
                                                                                                                                 PACTS Number: 52327

Name of Sentencing Judicial Officer: Susan D. Wigenton, United States District Judge

Date of Original Sentence: 01/13/09

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: Thirty-three (33) months imprisonment and three (3) years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/16/11

## PETITIONING THE COURT

[ ]    To extend the term of supervision for      Years, for a total term of      Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender was ordered to pay restitution in the amount of $2,094,633.27 to COSCO Container Lines Americas, Inc., 100 Lightning Way, Secaucus, New Jersey 07094. Restitution payments were ordered to be made at a rate of $350 per month. It is recommended the payment plan be modified, reducing the monthly installment from $350 to no less than $50, to commence immediately.

## CAUSE

The offender was released from custody on June 16, 2011, and has been making monthly restitution payments, but not equal to the ordered amount of $350 per month. Since his release in June 2011, he has made a total of fourteen (14) payments, totaling $1,015.00. Based on the court order, the offender should have paid $5,250.00. The probation office has been monitoring the offender's ability to pay restitution through financial investigations. If the offender's financial standing improves the Court will be notified and a larger monthly payment will be requested.

Respectfully submitted,

By: Patrick Hattersley
      U.S. Probation Officer
Date: 11/15/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

November 19, 2012
Date